UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 06-279 |
| BRIAN PORTER | SECTION "K" |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the motion to vacate, set aside or correct a sentence, filed by the defendant Brian Porter, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____  a certificate of appealability shall be issued having found that defendant has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

\_\_\_X\_\_\_\_  a certificate of appealability shall not be issued for the following reason(s):

Defendant has not made a "substantial showing of the denial of a constitutional right." Defendant has not shown that reasonable jurists could debate whether the motion for post-conviction relief should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. See Order and Opinion entered September 28, 2011.

New Orleans, Louisiana, this 28th day of September, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE