UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 06-279 |
| BRIAN K. PORTER | SECTION "K" |

## ORDER AND REASONS

The Court on this day entered a separate order finding that that the defendant's tardy filing of the notice of appeal was the result of excusable neglect and it ordered that the defendant's Notice of Appeal be deemed timely filed due to excusable neglect as permitted by Fed. R. App. P. 4(b)(4).

Also before the Court is defendant's Motion to Appoint Counsel on Appeal (Doc. 139). The Fifth Circuit has held that a defendant has no right to appointed counsel with respect to a motion filed pursuant to 18 U.S.C. § 3582(c)(2). *United States v. Whitebird*, 55 F.3d 1007, 1011 (5th Cir. 1995) ( motion filed pursuant to § 3582 is not an ancillary matter providing a statutory right to counsel under the Criminal Justice Act, 28 U.S.C. § 3006A(c)). Accordingly,

**IT IS ORDERED** that the Motion to Appoint Counsel is **DENIED**.

New Orleans, Louisiana, this 19th day of September, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE